UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN DOUGLAS DONAHOE,<br><br>          Plaintiff,<br><br>  v.<br><br>SEATTLE CLERK FEDERAL COURT, et al.,<br><br>          Defendants. | CASE NO. C19-5267 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 11. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's motion to proceed *in forma pauperis* is **DENIED**;

(3) Plaintiff's complaint is **DISMISSED** without leave to amend; and

(4) The Clerk shall enter **JUDGMENT** and close this case.

Dated this 3rd day of June, 2019.

BENJAMIN H. SETTLE
United States District Judge

ORDER